July 10, 1969.

M. P. No. 626. N. E. TEL. AND TEL. Co. *v.* ALBERT FASCIO *et al.* Motion of petitioner for leave to reargue denied. *Tillinghast,*

*Collins & Tanner, Edwin H. Hastings, Peter J. McGinn,* for petitioner. *Irving J. Bilgor* for Board of Review, Department of Employment Security, *Abedon, Michaelson, Stanzler and Biener, Julius C. Michaelson,* for Helen Rugg and certain other employees of New England Telephone and Telegraph Co., respondents.